**Stuart A. MURRAY, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8268.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1939.

Herbert S. Duffy, of Columbus, Ohio, and Parker Fulton, of Cleveland, Ohio, for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the transcript of record in this cause was filed on July 25, 1938, and that no steps have been taken since that time to prosecute the appeal, it is ordered, on the court's own motion, that the appeal be and the same is hereby docketed and dismissed, the costs to be charged against the government as constructive earnings.

**Annie M. NOBLE, Committee of Lehman Noble, Incompetent, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.**

No. 327.

Circuit Court of Appeals, Second Circuit.

May 1, 1939.

James J. Richman, of Brooklyn, N. Y., for appellant.

Vine H. Smith, U. S. Atty., of Brooklyn, N. Y., Julius C. Martin, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., Fendall Marbury and Thomas E. Walsh, Attys. Department of Justice, both of Washington, D. C., and Samuel M. Gold, Atty. Department of Justice, of New York City.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**O'BRIEN BROTHERS, Inc., Appellant, v. Tugs THE GEORGE W. WASHBURN and THE GEORGE W. DECKER, Cornell Steamboat Company, Appellee.**

**CORNELL STEAMBOAT COMPANY, Appellee, v. O'BRIEN BROS., Inc. and Steamtug THE HAROLD F. O'BRIEN and Scows THE STARLIGHT, THE WISDOMLIGHT and THE PILOTLIGHT, Appellant.**

No. 303.

Circuit Court of Appeals, Second Circuit.

April 10, 1939.

Foley & Martin, of New York City (James A. Martin and Christopher E. Hickman, both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine, of New York City, of counsel), for appellee.

Before L. HAND, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, D.C., 26 F.Supp. 8.